Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, ALEJANDRO HIGAREDA, and JUAN AGUILA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:21-cv-09915-FWS-AS<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION IN LIMINE NO. 3 TO PRECLUDE PLAINTIFF'S TREATING PHYSICIANS FROM OFFERING ANY OPINIONS THAT WERE NOT FORMED DURING THE COURSE OF PLAINTIFF'S TREATMENT**<br><br>*[Memorandum of Points and Authority and Declaration of Nathan A. Oyster Filed Concurrently]*<br><br>Final Pretrial Conference:<br>Date:       October 19, 2023<br>Time:       8:30 a.m.<br><br>Trial Date: October 31, 2023<br>Time:       8:30 a.m.<br><br>Judge:      Hon. Fred W. Slaughter |

4876-5552-3713 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

2:21-cv-09915-FWS-AS
[PROPOSED] ORDER ON
DEFENDANTS' MIL NO. 3

1    Having considered all the relevant arguments, papers and evidence regarding

2  Defendant's Motion in Limine Number 3, and GOOD CAUSE appearing therefor,

3  IT IS HEREBY ORDERED:

4    Plaintiff and his counsel are precluded from making reference to and

5  presenting evidence related to any opinions from Plaintiff's treating physicians that

6  were not formed during the course of Plaintiff's treatment.

7    Plaintiff's counsel shall take reasonable steps to ensure that Plaintiff's

8  witnesses do not attempt to introduce such evidence, including by informing

9  witnesses of this order.

10

11

12    **IT IS SO ORDERED.**

13

14  DATED: _____          _____

15                                        Honorable Fred W. Slaughter

16                                        United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4876-5552-3713 v1                    2                    2:21-cv-09915-FWS-AS
[PROPOSED] ORDER ON
DEFENDANTS' MIL NO. 3