# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 21-09915-FWS (ASx) | Date | October 19, 2023 |
|---|---|---|---|
| Title | Nathan Rocky Glover v. City of Los Angeles et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Dale Galipo; Gregory Yates               Nathan Oyster; Brian Ginter

**PROCEEDINGS:    FINAL PRETRIAL CONFERENCE**
**PLAINTIFF'S MOTIONS IN LIMINE [51][52][53][54][55][56]**
**DEFENDANT'S MOTION IN LIMINE [41][42][43][44][45][46]**

Final Pretrial Conference held.  The court and counsel confer regarding trial related matters and the pending motions *in limine* as stated on the record.  Further order to issue.

The parties are ordered to follow all meet and confer orders made on the record.

The court **ORDERS** counsel to provide all trial exhibit binders as well as a joint exhibit book to court for each witness on **November 2, 2023.**

The court **SETS** a Daubert Hearing regarding Defendant's Motion in Limine (4) to Exclude Portion of Expert Kawai's Testimony [42] **on Monday, October 30, 2023, at 10:00 a.m.**  The parties shall adhere to the filing deadlines set by the court regarding this motion.

For the reasons stated on the record, the court **CONTINUES** the jury trial to **Tuesday, November 7, 2023, at 8:00 a.m.**

**MOTION – 0:30**
**FPTC – 1:24**

1 : 54

Initials of Deputy Clerk    mku