Charles E. Slyngstad (SBN 89103)
E-mail:  cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail:  bginter@bwslaw.com
Nathan A. Oyster (SBN 225307)
E-mail:  noyster@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@gmail.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600   Fax:  213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, ALEJANDRO HIGAREDA, and JUAN AGUILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>                    Plaintiff,<br><br>         v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-09915-FWS-AS<br><br>**DEFENDANTS' PROFFER RE: OPINIONS OF DEFENSE EXPERT EDWARD FLOSI**<br><br>Final Pretrial Conference:<br>Date:       October 19, 2023<br>Time:       8:30 a.m.<br><br>Trial Date:  November 7, 2023<br>Time:        8:00 a.m.<br><br>Judge:      Hon. Fred W. Slaughter |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4888-9877-7994 v1

1

Case No. 2:21-cv-09915-FWS-AS
DEFENDANTS' PROFFER RE: EXPERT FLOSI'S OPINIONS

TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to the Court's rulings made at the October 19, 2023 Final Pretrial Conference, Defendants City of Los Angeles and Officer Alejandro Higareda (collectively, "Defendants") hereby lodge with the Court the Rule 26 reports prepared by Defendants' expert Edward Flosi and provide Defendants' proffer concerning the opinions Defendants intend to elicit at trial from Mr. Flosi.

Attached hereto as Exhibit A is a true copy of Mr. Flosi's July 27, 2023 initial Rule 26 report.

Attached hereto as Exhibit B is a true copy of Mr. Flosi's curriculum vitae.

Attached hereto as Exhibit C is a true copy of Mr. Flosi's August 11, 2023 supplemental Rule 26 report.

Defendants intend to elicit from Mr. Flosi the following opinions and their respective bases:

1. Police officer training guidelines and best practices concerning making traffic stops of persons, and Mr. Flosi's opinion that Officer Higareda and Officer Aguila acted consistent with that training when they attempted to contact and detain Plaintiff while he sat in the driver's seat of an illegally parked vehicle near the intersection of Ithaca Avenue and Haven Street. (*See* pages 17 through 19 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

2. Police officer training guidelines and best practices concerning making arrests, and Mr. Flosi's opinion that Officer Higareda and Officer Aguila acted consistent with that training when they attempted to arrest Plaintiff once Plaintiff (1) attempted to flee from the attempted traffic stop and (2) collided with Officer Higareda and Officer Aguila's police vehicle and then left the scene without providing identification. (*See* pages 19 through 209 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4888-9877-7994 v1

2

Case No. 2:21-cv-09915-FWS-AS
DEFENDANTS' PROFFER RE: EXPERT FLOSI'S OPINIONS

3. Police officer training guidelines and best practices concerning use of deadly force, and Mr. Flosi's opinion that Officer Higareda acted consistent with that training when he used deadly force against Plaintiff. (*See* pages 20 through 32 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

4. Mr. Flosi's opinions concerning humans' perception and reaction time (i.e., the reactionary gap). (*See* pages 29 through 30 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

5. Police officer training guidelines and best practices concerning providing medical assistance to persons who are injured, and Mr. Flosi's opinion that Officer Higareda acted consistent with that training by requesting an ambulance for Plaintiff and allowing the appropriate medical personnel to provide medical treatment to Plaintiff. (*See* pages 32 through 34 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

6. Mr. Flosi's criticisms of opinions that will be offered by Plaintiff's expert Roger Clark, as detailed in Mr. Flosi's August 11, 2023 Rule 26 report (*See* Exhibit C hereto).

7. Mr. Flosi will respond to hypothetical questions posed to him by Defendants' counsel and Plaintiff's counsel.

Dated: October 23, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nathan A. Oyster*
Nathan A. Oyster
Brian S. Ginter
Attorneys for Defendants
CITY OF LOS ANGELES, ALEJANDRO HIGAREDA, JUAN AGUILA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4888-9877-7994 v1

3

Case No. 2:21-cv-09915-FWS-AS
DEFENDANTS' PROFFER RE: EXPERT FLOSI'S OPINIONS