**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**LAW OFFICES OF GREGORY A. YATES**
Gregory A. Yates (Bar No. 63259)
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

*Attorneys for Plaintiff*
NATHAN ROCKY GLOVER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER, | Case No.: 2:21-cv-09915-FWS-ASx |
| Plaintiff, | [*Honorable Fred W. Slaughter*] |
| v. | |
| CITY OF LOS ANGELES; and ALEJANDRO HIGAREDA, | **PLAINTIFF'S PROFFER OF EXPERT WITNESS OPINION** |
| Defendants. | |

**TO THIS COURT AND ALL PARTIES, BY AND THROUGH HIS ATTORNEYS OF RECORD:**

Plaintiff Nathan Glover hereby serves the following Proffer of Expert Witness Opinions in accordance with this Court's Order at the Final Pretrial Conference held on October 19, 2023.

**Dr. Sharron Kawai – Proffered Opinions:**

Dr. Kawai will testify regarding the Life Care Plan prepared for Plaintiff to address his injuries, and his related current and future medical needs. Dr. Kawai's opinions are derived from her (1) Zoom examination of Mr. Glover; (2) review of Mr. Glover's medical records; (3) review of photographs of Mr. Glover; and (4) her being a Physician Board Certified in Physical Medicine and Rehabilitation with extensive education and experience in management of chronic pain syndrome, and spinal cord injuries and creating life care planes for numerous individuals with paraplegia. Dr. Kawai has forty (40) years of experience, has done hundreds of life-care plans for patients and testified numerous times regarding paraplegia and related consequences and need for future care in state and federal court. Dr. Kawai has given lectures on spinal cord injury and life care plans. She is currently on the National Rehabilitation Awareness Foundation Advisory Board, and currently sees approximately five spinal cord injury patients in an average week.

Attached hereto as "**Exhibit A**" is the August 24, 2023, deposition transcript of Dr. Kawai. Attached hereto as "**Exhibit B**" is Dr. Kawai's Rule 26 Report including her Life Care Plan for Plaintiff Glover and her curriculum vitae.

Dr. Kawai will testify as to the following opinions:

1. Plaintiff Glover's Life-Care Plan based on the nature and extent of his injuries, his current and future medical prognosis, his life expectancy, and future care needs. The Life Care Plan (attached as Exhibit "A") outlines all the different categories of future care needs.

2. The nature and extent of Plaintiff Glover's injuries and limitations including Plaintiff's paraplegia, loss of sensation, neuropathic bowel, neuropathic bladder, pressure sores, spinal cord injury, spasticity, and chronic pain – all necessitating the care and treatment outlined in Plaintiff's Life Care Plan.

3. The entry wound location, path of the bullet, and impact of the bullet

striking Plaintiff's spinal cord, as foundation for the source of Plaintiff's spinal cord injury and required care and treatment.

4. Plaintiff Glover's restrictions and limitations during his daily life.

5. Plaintiff Glover's current and future prognosis and life expectancy, as it relates to the Life Care Plan and any future care needs.

6. Plaintiff Glover's current and future need for attendant care due to his paraplegia and related injuries.

7. The categories of Plaintiff Glover's need for care as outlined in Plaintiff's Life Care Plan including his need for Outpatient Medical Care, Durable Medical Equipment, Diagnostic Testing, Hospitalizations, Therapies, Services, Equipment, Mediations, and Supplies, and why Plaintiff requires these items of care and treatment.

8. The cost of Plaintiff Glover's future care needs and methodology of calculating the costs.

9. A summary of Plaintiff Glover's medical treatment to date, as it informs on the Plaintiff's prognosis, diagnosis, and future care needs.

10. What is likely to occur if Plaintiff does not receive the required medical care and treatment.

11. Dr. Kawai will also explain the types of paraplegia, and the individual care needed for different types of paraplegic patients. This explanation will likely include, but is not limited to, level of lesion to spinal cord injury; sacral sparing; sacral innervation; sensory sparing; motor sparing; spasticity; reflex; function; mobility; ambulation; assisted devices; risk of fall; risk of sores; risk of infection; therapies, treatment; rehabilitation; incontinence; likelihood of recovery; neuropathic pain; self-care and hygiene; required assistance; weight of the patient; and effect of uneducated and elderly family providing care for patient.

12. Dr. Kawai will explain her methodology for forming her opinions.

**Marianne Inouye, MBA – Proffered Opinions:**

    Ms. Inouye's testimony will be limited to Plaintiff's economic damages based on her calculations of the present value of future care costs of Plaintiff as a result of his injuries sustained on March 19, 2021. Ms. Inouye's opinions are based on her review of Dr. Sharon Kawai's Life Care Plan and her relevant research of reliable sources to assist in making these calculations. Ms. Inouye renders her opinions with over twenty years of experience as a Forensic Economist and has qualified as an expert for purposes of making present value calculations (including calculations with different levels of attendant care) on numerous occasions in federal and state court.

    Attached hereto as "**Exhibit C**" is Ms. Inouye's Rule 26 Report including her economic calculation for Plaintiff Glover's Life Care Plan and her curriculum vitae.

    1.    The present value calculations of Plaintiff's current Life Care Plan.

    2.    The present value calculations of Plaintiff's Life Care Plan under different scenarios to account for varying degrees of attendant care.

    3.    Ms. Inouye's methodology for forming her opinions.

DATED: October 23, 2023        LAW OFFICES OF DALE K. GALIPO
                                        LAW OFFICES OF GREGORY A. YATES

                                        By:    */s/    Marcel F. Sincich*
                                                Dale K. Galipo
                                                Marcel F. Sincich
                                                Gregory A. Yates
                                                *Attorneys for Plaintiff*