# EXHIBIT "B"

# Sharon K. Kawai, M.D.

Telephone: 949-432-7975
Email: sharonkawaimd@outlook.com
Office Address: 260 Newport Center Drive, Suite 103, Newport Beach, California 92660

July 28, 2023

Dale K. Galipo, Esq.
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

Dear Mr. Galipo,

In my best effort to comply with the Federal Rules regarding litigation matters, I submit the following;

1. I am a Physician Board Certified in Physical Medicine and Rehabilitation. My full qualifications are set forth in my Curriculum Vitae, which is attached hereto. My fee schedule and list of cases that I have testified as an expert at trials and/or depositions during the last five years is also attached hereto.
2. The enclosed Life Care Plan report summarizes my opinions with respect to Nathan Glover's lifetime care needs and costs thereof, as they relate to the injuries Mr. Glover sustained following the March 19, 2021 shooting incident.
3. My opinions, as set forth in the Life Care Plan report, are in accordance with life care planning standards. This includes that my opinions set forth in the life care plan report are based on the following: (1) my Zoom examination of Mr. Glover; (2) my review of certain of Mr. Glover's medical records pertaining to his injuries arising from the March 19 2021 shooting incident, including records from the Los Angeles City Fire Department, Rancho Los Amigos National Rehabilitation Center, and LAC+USC Medical Center (PLAINTIFF 96-3883); and (3) photographs of Mr. Glover (PLAINTIFF 1-89).

Should additional information become available, I reserve the right to amend the Life Care Plan in accordance with the same.

Sincerely,

*Sharon Kawai*

Sharon Kawai, M.D.

Enclosures

# LIFE CARE PLAN
## for
# GLOVER, NATHAN

Date of Birth: April 17, 1996
Date of Injury: March 19, 2021
Date of Zoom: May 31, 2023

Life Expectancy: 43 more years from this report

Prepared by Sharon K. Kawai, M.D.

1. Paraplegia and loss of sensation in both lower extremities following a gunshot wound.
2. Neuropathic bowel secondary to 1.
3. Neuropathic bladder – requires intermittent catheterizations secondary to 1.
4. Has had multiple pressure sores secondary to 1.
5. He is wheelchair bound.
6. Prior to spinal cord injury Nathan was an independent ambulator and was independent in his activity of daily living skills.
7. Now he requires assistance with all of his activity of daily living skills and with his wheelchair transfers and catheterizations.
8. Nathan has spasticity secondary to 1.
9. Nathan has chronic pain secondary to 1.

Life Care Plan for Glover, Nathan

## Outpatient Medical Care

| Provider | Purpose | Frequency | Average |
|---|---|---|---|
| PM & R Specialist | Prescribe DME<br>Rehab conferences with PT, OT and Caregiver<br>Lower risks of complications from reduced mobility | One visit every three months<br>for three years then<br>every four months over life | Initial consultation: $484<br>F/U: $239 per visit<br>CPT: 99205/99214 |
| Urologist | Treat urinary tract infections,<br>monitor renal and bladder<br>function<br>Manage neuropathic bladder | Two to four visits per year<br>for three years then<br>two visits per year over life | Initial consultation: $484<br>F/U: $239 per visit<br>CPT: 99205/99214 |
| Colorectal surgeon or GI specialist | Provide for neurogenic bowel | One visit every other year<br>now over life | Initial consultation: $484<br>F/U: $239 per visit<br>CPT: 99205/99214 |
| Wound Care Specialist | To treat pressure sore | Thirty vsits<br>over life | Initial consultation: $484<br>F/U: $239 per visit<br>CPT: 99205/99214 |
| Psychiatrist | Provide psychotropic medications | Four to six visits per year<br>now for three years | $346<br>per visit<br>CPT: 90792 |
| Podiatrist | Provide good foot care for<br>insensate feet<br>Provide treatment of ingrown toenail | Three visits per year<br>now over life | $216 per visit<br>CPT: 99242 |
| Psychologist | Provide counseling for living with disability | Fifty sessions<br>over life | $189<br>per session<br>CPT: 90837 |
| Nutritionist | Maintain optimal health and weight | Four to six visits per year<br>now for three years | Initial consultation: $136<br>F/U: $130 per visit<br>CPT: 97802/97803 |

Life Care Plan for Glover, Nathan

## Durable Medical Equipment

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Power Wheelchair with joystick Permobil M3 | Provide for mobility in the community | Replace every seven years over life | $15,000 - $20,000 per wheelchair |
| Maintenance for power wheelchair | Maintain a safe wheelchair | Begin one year after purchase on an annual basis | $1,750 plus $1,000 for batteries |
| Ultralight Manual Wheelchair TiLite ZRA | For use as a back up as well in more confined spaces For use in the house | Replace every seven years over life | $7,000 |
| Maintenance for manual wheelchair | Maintain a safe wheelchair | Begin one year after purchase on an annual basis | $700 |
| Cushions for Wheelchairs | To prevent ischial pressure sores for Power chair and Manual Wheelchair | Replace every two years over life | $500 per cusion |
| Portable folding ramp | For access in community | One now | $268 - $777 per ramp |
| Lap tray for wheelchair | For tabletop ADL's | One per wheelchair - replace every eight years over life | $195 |
| Wheelchair backpack EZ Access ories wheelchair pack | To carry items when in wheelchair | One now - replace every three years over life | $36 |
| Washable wheelchair cusion covers Jay J2 by Sunrise | Two covers per wheelchair so four protect cushion for incontinence | Four now Replace every three years over life | $49 |

Page 3

Life Care Plan for Glover, Nathan

**Durable Medical Equipment (Cont.)**

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Wheelchair Gloves | When using manual wheelchair | Two pairs per year over life Start now | $30 per pair |
| Transfer Board | For wheelchair transfers with caregiver assistance | Replace every ten years over life Start now | $41-$100 per board |
| Commode chair RAZ Z300 | Can be rolled into shower tilting rehab shower commode | One time over life Start now | $3,300 per chair |
| Hand held shower unit | Safe hygiene while on wet surface | One time every six years over life Start now | $46 per unit |
| Thigh high support hose | Minimize lower limb edema | Two pairs now - Replace every four months over life | $70 per pair |
| PRAFO's | Protect skin from pressure areas | One pair now Replace every two to three years over life | $160 per PRAFO |
| Upper extremity ergometer Monark | Build up upper body strength | One now Replace every ten years over life | $2,600 per device, plus $599 per table |
| Standing Frame EasyStand Standing Frame | Stretch out bilateral hips, knees and ankles to decrease risk of contractures, reduce risk of pressure sores | One now Replace every ten years over life | $2,000 - $3,000 |

Life Care Plan for Glover, Nathan

**Durable Medical Equipment (Cont.)**

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Hoyer Lift<br>Hoyer HPL 402 | To assist with household wheelchair transfers | One now<br>Replace every ten years over life | $1,638<br>per lift |
| Nylon slings<br>Rehabmart | To use with Hoyer lift | Start in one year<br>Replace every year | $190 - 420 every year |

Life Care Plan for Glover, Nathan

## Diagnostic Testing

| Test | Purpose | Frequency | Cost per test |
|---|---|---|---|
| Routine blood chemistries | Evaluate nutritional status<br>Evaluate acute febrile illnesses<br>Evaluate drug therapeutic levels<br>blood count | Two times per year<br>over life | $500 per year |
| Urinalysis | Evaluate acute febrile illness | Four times per year<br>over life | $32<br>CPT: 81001 |
| Urine culture | Evaluate acute febrile illness | Four times per year<br>over life | $45<br>CPT: 87088 |
| Radiological testing of extremities | Evaluate musculoskeletal changes | One to four films of each every five years<br>over life | $100 - $120 each<br>CPT: 73501-73660 |
| KUB radiologic studies | Evaluate for renal stones | Four KUB's<br>over life | $89 - $152<br>CPT: 74018/74022 |
| Renal ultrasound | Evaluate and manage Neurogenic bladder and preservation of upper urinary tract | One procedure every year<br>over life | Ultrasound: $357<br>CPT: 76770 |
| Urodynamics | To monitor detrussor and sphinctor synergy, incl. Uroflowmetry, EMG, Voiding Pressure studies, Cystometrogram | Three studies<br>over life | $822 per study<br>CPT: 51727 |

Life Care Plan for Glover, Nathan

## Diagnostic Testing (Cont.)

| Test | Purpose | Frequency | Cost per test |
|---|---|---|---|
| CT of abdomen/Pelvis | Diagnose renal stones, acute obstipation | Four studies over life | CT: $1,730 CPT: 74174 |
| Venous doppler of lower limbs | Rule out deep vein thrombi | Four studies over life | $541 per study CPT: 93970 |

Life Care Plan for Glover, Nathan

## Hospitalizations

| Description | Purpose | Frequency | ELOS | Cost |
|---|---|---|---|---|
| Acute hospitalizations San Gabriel Valley Medical Center | For complications from reduced mobility | One episode every eight years over life | Five days per episode | $18,264 per hospital day, plus $169 per physician day CPT: 99225 |
| Wound Care Treatment | | Every five years over life | | $500 - $1,000 incl. nursing care and dressings |
| ER Visits San Gabriel Valley Medical Center | For emergent care | One visit every eight years over life | | $2,435 per visit |
| EMS | For transport to ER | One trip every eight years over life | | $1,700 per trip |

Life Care Plan for Glover, Nathan

## Therapies

| Therapy | Purpose | Each session | Frequency/Date | Cost |
|---|---|---|---|---|
| Physical Therapy Sessions | To promote upper limb functions Improve trunk stability Improve wheelchair transfers Increase strength | Three sessions per week for 3 months | Start ASAP Repeat every 5 years over life | $260 per session CPT: 97110 |
| Physical Therapy Evaluations | Update home exercise program | One eval every six months | Now over life | $191 per eval CPT: 97163 |
| Occupational Therapy Evaluations | Work on ADL | Three evals per year | Now over life | $189 per eval CPT: 97167 |

Life Care Plan for Glover, Nathan

**Other Services**

| Service | Purpose | Each session | Frequency | Dates | Cost |
|---------|---------|--------------|-----------|-------|------|
| PCA No.1 | 1. Assist with wheelchair transfers<br>2. Perform range of motion exercises<br>3. Assist with self-care tasks<br>4. Assist with home exercises<br>5. Assist with bowel and bladder care<br>6. Assist with hygiene<br>7. Massage shoulders<br>8. Provide transportation<br>9. Assist with skin pressure relief<br>10. Reposition Nathan at night | Three 8-hour shifts | Seven days per week | From now over life | $40 - $45 per hour |
| PCA No.2 | Assist the other PCA with showers<br>Assist with toileting | 16 hours per day | Seven days per week | From now over life | $40 - $45 per hour |

Life Care Plan for Glover, Nathan

## Other Equipment

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Van with Conversion Package | For safe wheelchair transport | One every eight years over life Start now | $80,000 |
| Air Mattress (Tempurpedic Mattress) and All Electric Hospital bed (Hill-Rom Advanta P1600) | | Replace mattress every five years over life Replace hospital bed every ten years over life Begin hospital bed / mattress now | $2,900 per Mattress $3,000 for Bed |
| Home Modifications including roll-in shower, pedestal sinks in bathroom, lowered countertops, wooden floors and extra room for durable medical equipment | When home is purchased - provide wheelchair accessibility | Two times over life | $109,986 |

Life Care Plan for Glover, Nathan

**Supply list #1**- Medications

| | |
|---|---|
| Colace 100mg 2 times daily | $6 per month |
| Prn Antibiotics | $40 - $80 per month |
| Cymbalta 120mg daily | $31 per month |

**Supply List #2 – Bowel/Bladder Supplies**

| | |
|---|---|
| Intermittent catheters – Bard Tiemann Red Rubber Coude - Sterile | $1,100/month |
| Depends – 3/day | $150/month |
| Nitrile Gloves 100 count box 2 boxes monthly, Now over life | $16/month |
| Disposable Wipes 100 pack 1 ½ boxes monthly, Now over life | $7/month |
| Disposable Bed Pads, Large 8-12 pads monthly, Now over life | $11/month |
| Topical Alcohol Prep Pads, 100 counts, one pack monthly, Now over life | $3/month |
| Lubricating Jelly, 4 oz monthly, Now over life | $19/month |
| Skin Repair Cream 16 oz every 2 to 3 month, Now over life | $13/month |
| Bed Pad every 2 months, Now over life | $1/month |

**Sources**:

Abilities Expo Los Angeles Convention Center 2023
AMA CPT Code book 2023
American Hospital Directory 2023 – San Gabriel Valley Medical Center
Physicians' Fee Reference 2023
Maxim Home Health – Los Angeles – 213-296-3499 – Nicholas, Recruiter
Department of Veteran Affairs, SAH(Specially Adapted Housing) Grant
GoodRx
Edgepark Medical Supplies

Sharon K. Kawai, M.D.   Date 7/20/2023
Board Certified in
Physical Medicine & Rehabilitation
Newport Beach, California

# Sharon K. Kawai, M.D.

Telephone: 949-432-7975
Email: sharonkawaimd@outlook.com
Office address: 260 Newport Center Drive, Suite 103, Newport Beach, CA 92660

---

## SHARON K. KAWAI, M.D.
### Curriculum Vitae

PERSONAL INFORMATION:

| | |
|---|---|
| Name: | Sharon K. Kawai, M.D. |
| Occupation: | Physician Board Certified in Physical Medicine and Rehabilitation |
| Business Address: | 260 Newport Center Drive, Suite 103 Newport Beach, CA 92660 |
| Telephone: | (949) 432-7975 |
| Tax ID Number: | 95-3537198 |

ACADEMIC RECORDS:

| | |
|---|---|
| College: | Ohio State University Columbus, Ohio, B.S., Cum Laude, 1969 Masters Degree,    Psychology of Exceptional Children, 1970 |
| Medical School: | Medical College of Pennsylvania Philadelphia, PA,   M.D, 1974 |
| Internship: | Riverside Methodist Hospital Columbus, Ohio,   1974 - 1975 |
| Residency: | Ohio State University Hospitals Columbus. Ohio,   1975 - 1978 Physical Medicine and Rehabilitation |

SHARON K. KAWAI, M.D.,      C.V.

| | |
|---|---|
| Medical Licensure: | Ohio, 9/75, # 38675 (Expired)<br>California, 11/78,   #G 38575 |
| Board Certification: | National Boards, 1975<br>Board Certified, American Board of<br>Physical Medicine and Rehabilitation, 1978 |

PAST POSITIONS:

| | |
|---|---|
| 1978 - 1979 | Staff Physician<br>VA Hospital<br>Long Beach, CA |
| 1979 - 1987 | Staff Physician, Program Manager<br>St. Jude Medical Center<br>Fullerton. CA |
| 1979 - 2002 | Clinical Professor, University of California<br>at Irvine, Physical Medicine and Rehabilitation<br>Department |
| 1995 - 2005 | Rehabilitation Medical Director<br>Park Vista at Morningside |
| 1987 – 2014 | Medical Director, Rehabilitation<br>St. Jude Medical Center<br>Fullerton, CA |

MAJOR INVESTIGATIVE INTERESTS:

Electrodiagnosis - EMG and Nerve Conduction
Management of Chronic Pain Syndrome
Spinal Cord Injury
Brain Injury Rehabilitation

RESEARCH:

Retrospective study on the electrodiagnostic evaluation after carpal tunnel
release

PAGE   2

SHARON K. KAWAI, M.D.,        C.V.

COMMENDATION:

> Recipient of the Governor's Hall of Fame for People with Disabilities Award, October, 1988
>
> Dayle McIntosh Center for the Disabled: Apple for Our Eye Award, August, 1989
> Woman of Achievement - 1989 - North Orange County Business and Professional        Women's Organization
>
> Governor's Trophy awarded by the California Governor's Committee for Employment of the Disabled, October, 1990
>
> Boots Cooper Award for Community Services - 1996
> Awarded by Medical College of Pennsylvania Alumni Association
>
> YMCA Humanitarian of the Year - 1997
> Awarded by North Orange County YMCA
>
> National Rehabilitation Awareness Celebration Award - 1998
> Awarded by National Rehabilitation Awareness Foundation
>
> Golden Seed Award - 2000
> Awarded by Orange County LEAF

EVENTS:

> Southern California Head Injury Foundation "STRIDE'88"
> > 5-mile course done in wheelchair with pledges of support, the largest amount collected in the event
>
> Long Beach Marathon, 1990
> > Finished 4th in the 26 mile marathon in the Women's wheelchair division
>
> March of Dimes
> > 10 K course to benefit March of Dimes, 4/90
>
> Oprah Winfrey Show
> > "Overcoming Great Obstacles/ Disasters", 10/28/94

SHARON K. KAWAI, M.D.,        C.V.

ORGANIZATIONS:

Special Olympics
Chairperson, St. Jude Advisory Committee ( 1988 - 1993)
Accompanied Special Olympians to Africa as Medical Advisor in 1990. Mentally handicapped children climbed Mt. Kilimanjaro( Documentary TV show aired through CBS Network nationwide in June 1990)

Goodwill Industry of Orange County
Member of the Board of Directors ( 1990 - 1993, 1999 - Present)

St. Jude Memorial Foundation
Member of the Board of Directors (1989 - Present)

St. Jude Medical Center
Chairman of Rehabilitation Committee (1987 - Present)
Member of Executive Medical Committee (1987 - Present)

National Rehabilitation Awareness Foundation Advisory Board (1998 - Present)


LECTURES & CONFERENCES:

"Medical Management of Patients with Spinal Cord Injury",Koganei Rehabilitation Hospital, Koganei City, Japan, March, 2017

Workshop for Spinal Cord Injured Patients at Abilities Expo 2010 in Los Angeles, CA, April 2010

"Life Care Planning for Patients with Complex Regional Pain Syndrome", Kyosai Hospital in Tokyo, Japan, November, 2005

"Life Care Planning for Infants with Cerebral Anoxia" , Kyosai Hospital in Tokyo, Japan, November, 2001

"Physician Input in Life Care Planning", National Institute   of Life Care Planners in San Diego, CA, June 2000

"Perspectives in Life Care Planning",   14 th Annual Convention, California Association of Rehabilitation & Reemployment Professionals (CARRP), in San Jose, CA, September 1996

"Life Care Planning in Catastrophic Injury for infants and children", Spring Conference,   American Rehabilitation Economics Association, in San Francisco, CA,   May 1996

SHARON K. KAWAI, M.D.,      C.V.

"Patient Provider responsibilities for the Chronic Conditions in the 21st
Century - Maintaining quality with High Tech development", Continuity of
Care Council of Orange County, Orange County Medical Association,
Orange, CA,   April 1996

"Assessment and Treatment of Repetitive Wrist Injuries", Southern
California Occupational Therapists Association, Fullerton, CA , October
1995

"Making the Right Choices - Achieving Results in a Changing Health Care
Environment", Southern California Case Managers Society, in Long
Beach, CA, June 1995

"Maintaining Optimal Health and Function in spite of Chronic Arthritis",
National Arthritis Association, Orange, CA,   May, 1994

"Diagnosis and Assessment of Carpal Tunnel Syndrome", Workman's
Compensation, State of California, Fullerton, CA , September 1994

"Revision of Criteria for Admission to U.S. Medical Schools", AMA News,
American Medical Association, November 1993

"Hiring the Physically Disabled", for the National Disability Employment
Program, Internal Revenue Service, Department of the Treasury, October
1993

"Managing Chronic Pain in the Spinal Cord Population", Rancho Los
Amigos, Downey, CA, May 1992

"Smashing the Myths for the Physically Challenged", Gunderson Medical
Center, La Crosse, Wisconsin, September, 1991

"Providing Jobs and Vocational Training for the Disabled" ,Governor's
Committee for Employment of Disabled Persons, in Pasadena, CA,
October 1990

"Goal Setting in Career Planning", Fullerton Unified School District,
California State University, Fullerton, CA,   May 1989

"Prescribing Appropriate Prosthetics and Orthotics by Understanding the
Basic Kinesiology of Gait", Continuing Medical Education for Medical Staff
at St. Joseph Hospital, Orange ,CA and St Jude Medical Center,
Fullerton, CA, March 1989

"Preparation for Retirement through Personal Growth", Hunt Wesson Inc.,
Fullerton, CA, April 1988

SHARON K. KAWAI, M.D.,        C.V.

"Empowering the Physically Disabled through Alcohol and Drug Recovery
Programs", Alcohol and Drug Rehabilitation Counselor's Association,
Anaheim, CA, June 1987

"Introduction to Physical Medicine and Rehabilitation in Classroom and
Clinical Setting", University of California at Irvine PM & R Residents and
Medical Students, Rotation basis at St Jude Medical Center, Fullerton,
1979   through 1986

"How to be the Advocate for Your Child with Spina Bifida", Spina Bifida
Association of Japan, Kyoto, Japan, 1976


COMMUNITY SERVICE:

Community Education to Service Organizations(Rotary , Kiwanis, etc.)
Churches, Elementary, Junior and Senior High Schools on preventing
catastrophic injuries by improving self-esteem, DARE programs,
education on seatbelt and helmet laws, 1987 through this year(ongoing)

# Sharon K. Kawai, M.D.

Telephone: 949-432-7975
Email: sharonkawaimd@outlook.com
Office address: 260 Newport Center Drive, Suite 103, Newport Beach, CA 92660

___

List of Cases
as an expert at trials and/or depositions
during the last five years

July 2023

| Case | Retaining attorney | Opponent attorney |
| --- | --- | --- |
| Cervantes v. Pomona Valley Hospital | Steve Heimberg | Fonda & Fraser |
| Rider v. LAUSD | Gutierrez, Preciado & House (Defense) | Balaban |
| Sofia blunt v. Sierra Vista Regional MC | Carpenter & Zuckerman | Bertling & Clausen |
| Alegre v. LA Fitness | Steve Heimberg/Bruce Broillet | Smith & Susson |
| Burke v. City of San Diego | Browne Greene | City Attorney of San Diego |
| Davis v. VA Hospital San Diego | Paul Daniese | US Attorney |
| Shea v. Krygiel (Missouri) | Shamberg, Johnson | Brown & James |
| Harrison v. Southwest Traders | Kiesel & Larson | Santana & Hart |
| Gilchrist v. Ford Motors | Rick Watters | Shook, Hardy & Bacon |
| Dean v. Aminah Bliss MD et al. | Chong, Denove, et al. | Herzfeld & Rubin |
| McKnight v. Catholic Healthcare Westh | Conal Doyle | James Rogers, Stephen Hewitt |
| Aaron v. Wiebe MD | Steve Glickman | Denise Billups-Slone Peter Kelly |
| Gannon v. Hartford Fire Insurance | Parker Straus (Defense) | Dreyer, Babich, Buccoa, Wood |
| Nicholas Cavalier v. Cottage Hospital | Christopher Nettesheim | Richard Carroll |
| Julia Ihly v. Regents of the University of California | Martin Stanley | Taylor Blessey |
| Mullin v. Jelly Belly | Christopher Appeton (Defense) Helen Santana | Robert Barnett |
| Labianco v. McGrody | John Carpenter | Ford, Walker, et al. |
| Boyes v. Roadmaster | Grassini, Wrinkle & Johnson | Scott Hengesbach |
| Adame v. Kaiser | Ian Herzog | Denise Taylor |
| Francisco Briones v. Christopher Zink | Gary Dordick | Bruce Finck |
| Madero v. Mercedes | Girardi & Keese | Colman MacDonald |

List of Cases

| Case | Retaining attorney | Opponent attorney |
|---|---|---|
| Danielle Sinclair Laws v. Andrew Hsiao Chen | Nick Rowley (CZR) | Ford, Walker, Haggery, Lynberg & Watkins |
| Sandra Dade v. The State of Calif | Girardi & Keese | |
| James Valkenburg v. County of Tulare | Ken Fitzgerald | |
| E. Hernandez v. First Student, et al. | Cray Carlson | Thomas Wianecki |
| Nunez-Aquirre Rosbil v. JD Systems | Roger Booth | Michael McCracken |
| Arango v. Arnold, MD | Edmond Salem | Storm Anderson Timothy Sullivan |
| Blaylock v. Schwartz Family Holdings (Washington) | Nick Rowley (CZR) | Lee Smart |
| Joseph Taylor v. Paloma Bloch | Alder Law | Shaver Korff & Castronovo |
| Keandre Davis v. Lori Carrillo, M.D. | Feldman, Shepherd, Wohlgelernter | Hall, Booth, Smith |
| Kyoung Lee v. Richard Tan | Gary Dordick | Alan Martinez |
| S. Matlow v. Seton Parking | CZR | Yoka & Smith |
| N. Armstrong v. Alexis Burnstan | Gary Dordick | John Sahhar |
| E. Alvarez v. Hemet USD | CZR | Winet, Patrick, Gayer, et al. |
| Dederick v. Disney | Tyrone Maho | Richard McCain |
| E. Simone v. Bruce Graham Jameson | Robert Simon | Cullins & Grandy |
| Juan Lasarte v. Catalina Cylinders | Daniel Balaban | Bass, Edlin, Huie & Blum |
| Chelsea Rush v. American Honda | Simon Law | Bowman & Brooke |
| Barajas v. Pennwood Partners (Nevada) | Ramsy Ladah | Michael Hall |
| Lyons v. L.A USD | Justin Effres, CZR | Herrell, Cantral LLP |
| Collins v. Barragan | Thorsnes, Bartolotta McGuire | Veatch, Carlson / Cal Tran |
| Maria Perz-Sandi v. County of Los Angeles | Hurrell, Catral LLP   (Defense) | Maro Burunsuzvan |
| Shergill v. The Regents of University of California | Hatham Faraj | Reback, MAndrews, Blessey |
| Mingkwan Chotikulthanachai v Maxine Coglianese | Byron Abron | Juan elgado |