**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LAW OFFICES OF GREGORY A. YATES**
Gregory A. Yates (Bar No. 63259)
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944
Fax: (818) 905-7038

*Attorneys for Plaintiff*
NATHAN ROCKY GLOVER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER, | Case No.: 2:21-cv-09915-FWS-ASx |
| Plaintiff, | [*Honorable Fred W. Slaughter*] |
| v. | |
| CITY OF LOS ANGELES; and ALEJANDRO HIGAREDA, | **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S PROFFER OF EXPERT WITNESS OPINION** |
| Defendants. | |

**TO THIS COURT AND ALL PARTIES, BY AND THROUGH HIS ATTORNEYS OF RECORD:**

Plaintiff Nathan Glover hereby serves the following objections to Defendant Higareda's Proffer of Expert Witness Opinions in accordance with this Court's Order at the Final Pretrial Conference held on October 19, 2023.

**Defense Expert Edward Flosi Proffered Opinion No. 1:**

1. Police officer training guidelines and best practices concerning making traffic stops of persons, and Mr. Flosi's opinion that Officer Higareda and Officer Aguila acted consistent with that training when they attempted to contact and detain Plaintiff while he sat in the driver's seat of an illegally parked vehicle near the intersection of Ithaca Avenue and Haven Street. (*See* pages 17 through 19 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

**Objection to Flosi Opinion No. 1:**

Plaintiff objects to this opinion at trial as it is not a question going to the jury. (See Doc. 56, Plaintiff's Motion *in Limine* No. 6 at 9:10-18.)

**Defense Expert Edward Flosi Proffered Opinion No. 2:**

2. Police officer training guidelines and best practices concerning making arrests, and Mr. Flosi's opinion that Officer Higareda and Officer Aguila acted consistent with that training when they attempted to arrest Plaintiff once Plaintiff (1) attempted to flee from the attempted traffic stop and (2) collided with Officer Higareda and Officer Aguila's police vehicle and then left the scene without providing identification. (See pages 19 through 209 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

**Objection to Flosi Opinion No. 2:**

Plaintiff objects to this opinion at trial as it is not a question going to the jury. (See Doc. 56, Plaintiff's Motion *in Limine* No. 6 at 9:10-18.)

**Defense Expert Edward Flosi Proffered Opinion No. 3:**

3. Police officer training guidelines and best practices concerning use of deadly force, and Mr. Flosi's opinion that Officer Higareda acted consistent with that training when he used deadly force against Plaintiff. (See pages 20 through 32 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

**Objection to Flosi Opinion No. 3:**

Plaintiff does not object to Defendant's proffer as stated above except to the extent Mr. Flosi's discussion of the law invades the province of the Court (see Flosi Initial Report at 21-22, 26), or his discussion of Officer Higareda's ability to shoot Plaintiff as a fleeing felon. Defendant Higareda stated at deposition that the fleeing felon rule does not apply to the circumstances he was confronted with. (See Doc. 56, Plaintiff's Motion *in Limine* No. 6 at 6:11-9:8.)

Plaintiff further objects to Defendant's attempt to introduce irrelevant and prejudicial information unknown to Defendant Higareda through an opinion of Mr. Flosi including whether Glover was armed specifically "with a semi-automatic pistol, 9mm Luger caliber, Polymer 80, model PF940V2, no serial number." (Flosi Initial Report at 26), and post-incident charges filed by the Los Angeles District Attorney's Offices, such as PC §29800(A)(1) felon in possession of a firearm, PC §30305 felon in possession of ammunition, and VC §20002 hit and run. (Flosi Initial Report at 26.)

**Defense Expert Edward Flosi Proffered Opinion No. 4:**

4.  Mr. Flosi's opinions concerning humans' perception and reaction time (i.e., the reactionary gap). (See pages 29 through 30 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

**Objection to Flosi Opinion No. 4:**

Plaintiff believes his objections regarding this opinion can be handled on cross-examination.

**Defense Expert Edward Flosi Proffered Opinion No. 5:**

5.  Police officer training guidelines and best practices concerning providing medical assistance to persons who are injured, and Mr. Flosi's opinion that Officer Higareda acted consistent with that training by requesting an

ambulance for Plaintiff and allowing the appropriate medical personnel to provide medical treatment to Plaintiff. (See pages 32 through 34 of Mr. Flosi's July 27, 2023 initial Rule 26 report.)

**Response to Flosi Opinion No. 5:**

No Objection.

**Defense Expert Edward Flosi Proffered Opinion No. 6:**

6.　Mr. Flosi's criticisms of opinions that will be offered by Plaintiff's expert Roger Clark, as detailed in Mr. Flosi's August 11, 2023 Rule 26 report (See Exhibit C hereto).

**Response to Flosi Opinion No. 6:**

No Objection.

**Defense Expert Edward Flosi Proffered Opinion No. 7:**

7.　Mr. Flosi will respond to hypothetical questions posed to him by Defendants' counsel and Plaintiff's counsel.

**Response to Flosi Opinion No. 7:**

No Objection.

DATED: October 24, 2023　　　　**LAW OFFICES OF DALE K. GALIPO**
　　　　　　　　　　　　　　　　**LAW OFFICES OF GREGORY A. YATES**

By:　　*/s/　Marcel F. Sincich*
　　　Dale K. Galipo
　　　Marcel F. Sincich
　　　Gregory A. Yates
　　　*Attorneys for Plaintiff*