Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, and ALEJANDRO HIGAREDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1 – 10, inclusive<br><br>Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>**JOINT STIPULATION RE: SETTLEMENT** |

**TO THE COURT:**

WHEREAS, on Saturday, October 28, 2023, after extensive negotiations and with the assistance of mediator Richard Copeland, the parties agreed to resolve Plaintiff's claims against Defendants;

WHEREAS, on Saturday, October 28, 2023, the parties executed a Stipulation for Settlement;

WHEREAS, because of the amount of the settlement, the settlement must be approved by the City of Los Angeles Claims Board, Budget and Finance Committee, City Council, and Mayor;

///

1     WHEREAS, the parties expect that the required approvals will be obtained in approximately 120 days;

    NOW THEREFORE, the parties request that the Court issue an Order vacating the trial date currently set for November 7, 2023 and requiring the parties to file a Joint Status Report re: Settlement within 120 days of the Court's Order to advise on the status the required approvals.

Dated: October 30, 2023      BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Nathan A. Oyster*
    Nathan A. Oyster
    Brian S. Ginter
Attorneys for Defendants
CITY OF LOS ANGELES, and
ALEJANDRO HIGAREDA

Dated: October 30, 2023      LAW OFFICES OF DALE K. GALIPO

By: */s/ Dale K. Galipo*
    Dale K. Galipo
    Marcel F. Sincich
Attorneys for Plaintiff
NATHAN ROCKY GLOVER