# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1 – 10, inclusive<br><br>Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: SETTLEMENT** |

## ORDER

The parties' stipulation is approved. The trial date and all pretrial deadlines are vacated. The parties shall file a Joint Status Report re: Settlement within 120 days of this Order to advise on the status the required approvals.

**IT IS SO ORDERED.**

DATE: _____

Hon. Fred W. Slaughter

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4857-7222-4651 v1        - 1 -        CASE NO. 2:21-CV-09915-FWS-AS
PROPOSED ORDER GRANTING
STIPULATION RE: SETTLEMENT