UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | CV 21-09915-FWS (ASx) | Date | October 30, 2023 |
|---|---|---|---|
| Title | Nathan Rocky Glover v. City of Los Angeles et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [91] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **120 days** to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

The parties shall file a Joint Status Report re: Settlement within 120 days of this Order to advise on the status the required approvals.

                                                                        -     :     -

Initials of Deputy Clerk   mku

cc: