**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GREGORY A. YATES**
Gregory A. Yates (Bar No. 63259)
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944 | Fax: (818) 905-7038

*Attorneys for Plaintiff* NATHAN GLOVER

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, and ALEJANDRO HIGAREDA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; and ALEJANDRO HIGAREDA, <br><br>  Defendants. | Case No. 2:21-cv-09915-FWS-ASx <br><br> [*Honorable Fred W. Slaughter*] <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to this Court's Order (Doc. 92) that the parties submit a Joint Status Report Regarding Settlement to advise the Court on the status of the required approval, the parties submit the following:

1  WHEREAS, because of the amount of the settlement, the settlement must
2  be approved by the City of Los Angeles Claims Board, Budget and Finance
3  Committee, City Council, and Mayor;
4  WHEREAS, the parties expect that the required approvals will be obtained
5  within the next 60 days;
6  WHEREAS, the parties expect that the settlement will be fully
7  consummated within the next 75 days;
8  NOW and THEREFORE, the parties request that the Court issue an Order
9  maintaining jurisdiction and requiring the parties to file a Joint Status Report re:
10 Settlement within 90 days of the Court's Order to advise on the status.

11
12 DATED: February 26, 2024          **LAW OFFICES OF DALE K. GALIPO**
                                    **LAW OFFICES OF GREGORY A. YATES**
13
14                                  By:  /s/     Marcel F. Sincich[1]
                                         Dale K. Galipo
15                                       Marcel F. Sincich
                                         Gregory A. Yates
16                                       *Attorneys for Plaintiff* NATHAN
                                         GLOVER
17

18 DATED:  February 26, 2024         **BURKE, WILLIAMS & SORENSEN, LLP**
19
20                                  By:  /s/     Brian S. Ginter
                                         Charles E. Slyngstad
21                                       Nathan A. Oyster
                                         Brian S. Ginter
22                                       *Attorneys for Defendants*, CITY OF
                                         LOS ANGELES and ALEJANDRO
23                                       HIGAREDA
24
25
26
27
28

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.