LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

LAW OFFICES OF GREGORY A. YATES
Gregory A. Yates (Bar No. 63259)
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944 | Fax: (818) 905-7038

*Attorneys for Plaintiff* NATHAN GLOVER

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, and ALEJANDRO HIGAREDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; and ALEJANDRO HIGAREDA,<br><br>                    Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>[*Honorable Fred W. Slaughter*]<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

    Pursuant to this Court's Order (Doc. 94) that the parties submit a Joint Status Report Regarding Settlement to advise the Court on the status of the required approvals, the parties submit the following:

|   |   |
|---|---|
| 1 | WHEREAS, on October 28, 2023, the parties agreed at mediation to resolve |
| 2 | Plaintiff's claims against Defendants. |
| 3 | WHEREAS, because of the amount of the settlement, the settlement must |
| 4 | be approved by the City of Los Angeles Claims Board, Budget and Finance |
| 5 | Committee, City Council, and Mayor. |
| 6 | WHEREAS, on October 30, 2023, the parties filed their Joint Stipulation re |
| 7 | Settlement. At which time the parties notified the Court that they expect the |
| 8 | required approvals to be obtained in approximately 120 days. (Doc. 91). |
| 9 | WHEREAS, on February 16, 2024, Plaintiff's counsel provided to |
| 10 | Defendants' counsel the long-form settlement agreement signed by Plaintiff and |
| 11 | Plaintiff's counsel. |
| 12 | WHEREAS, on February 26, 2024, the parties filed their Joint Status |
| 13 | Report re Settlement pursuant to the Court's Order. There the parties informed the |
| 14 | Court that the parties expect that the required approvals will be obtained within |
| 15 | the next 60 days and that the settlement will be fully consummated within the next |
| 16 | 75 days. |
| 17 | WHEREAS, it has now been three months since the parties' last status |
| 18 | report and Plaintiff has been informed that the matter is set for the Budget & |
| 19 | Finance Committee meeting on June 4, 2024. |
| 20 | WHEREAS, under the parties' agreement, the settlement would be |
| 21 | distributed in two payments, the first on April 15, 2024 and the second on August |
| 22 | 15, 2024. Due to the prior delay, the parties agreed that the settlement distribution |
| 23 | would be first on May 15, 2024 and the second on August 15, 2024. Because all |
| 24 | approvals have not been made, the first payment was not delivered on May 15, |
| 25 | 2024. |
| 26 | WHEREAS, the City's Claims Board met and approved this matter on |
| 27 | March 18, 2024 |
| 28 |   |

| | |
|---|---|
| 1 | WHEREAS, because of scheduling delays, the Budget & Finance |
| 2 | Committee will be presented with this matter on June 4, 2024. |
| 3 | WHEREAS, if the City's Budget and Finance Committee approves the |
| 4 | settlement, the matter will next be presented to the City Council at one of its |
| 5 | regular meetings. |
| 6 | WHEREAS, if the City Council approves the settlement, the City's Mayor |
| 7 | will have 10 days to approve or veto the settlement, and once the 10-day period |
| 8 | expires and assuming the settlement has been approved, the City will process the |
| 9 | settlement checks. |
| 10 | WHEREAS, Plaintiff is obviously disappointed with the delay. Under the |
| 11 | circumstances, Plaintiff does not feel that there was anything he could have done |
| 12 | to speed up the process. Plaintiff relied on the City's representations of what was |
| 13 | necessary to approve the settlement. Of course, if there was a way for the process |
| 14 | to be expedited, Plaintiff would graciously comply with whatever that process |
| 15 | may be, if any. |
| 16 | WHEREAS, Defendants anticipate that the settlement will be fully |
| 17 | consummated by August 15, 2024. |
| 18 | NOW and THEREFORE, the parties request that the Court issue an Order |
| 19 | requiring the parties to file a Joint Status Report re: Settlement within 60 days of |
| 20 | the Court's Order to advise on the status. |
| 21 | |
| 22 | DATED: May 28, 2024 |
| 23 | |

**LAW OFFICES OF DALE K. GALIPO**
**LAW OFFICES OF GREGORY A. YATES**

By: _s/ Dale K. Galipo_
Dale K. Galipo
Marcel F. Sincich
Gregory A. Yates
*Attorneys for Plaintiff* NATHAN GLOVER

| | | |
|---|---|---|
| 1 | DATED: May 28, 2024 | **BURKE, WILLIAMS & SORENSEN, LLP** |
| 2 | | |
| 3 | | By: *s/ Brian S. Ginter* |
| | | Charles E. Slyngstad |
| 4 | | Nathan A. Oyster |
| | | Brian S. Ginter |
| 5 | | *Attorneys for Defendants*, CITY OF LOS ANGELES and ALEJANDRO |
| 6 | | HIGAREDA |