**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq. (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 | Fax: (818) 347-4118

**LAW OFFICES OF GREGORY A. YATES**
Gregory A. Yates (Bar No. 63259)
gyates@gregoryayates.net
16830 Ventura Boulevard, Suite 250
Encino, California 91436
Tel: (310) 858-6944 | Fax: (818) 905-7038

*Attorneys for Plaintiff* NATHAN GLOVER

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, and ALEJANDRO HIGAREDA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and ALEJANDRO HIGAREDA,<br><br>Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>[*Honorable Fred W. Slaughter*]<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

4871-1837-3331 v1

1

Case No.: 2:21-cv-09915-FWS-ASx

JOINT STATUS REPORT REGARDING SETTLEMENT

1  Pursuant to this Court's Order (Doc. 96) that the parties submit a Joint
2  Status Report Regarding Settlement, the parties submit the following.
3  WHEREAS, on October 28, 2023, the parties agreed at mediation to resolve
4  Plaintiff's claims against Defendants.
5  WHEREAS, because of the amount of the settlement, approval by the City
6  of Los Angeles Claims Board, Budget and Finance Committee, City Council, and
7  Mayor was required.
8  WHEREAS, all required approvals have been given.
9  WHEREAS, under the parties' agreement, the settlement is to be
10 distributed in two payments.
11 WHEREAS, the first settlement payment was received by Plaintiff's
12 counsel.
13 WHEREAS, the settlement agreement provides that the second settlement
14 payment shall be delivered to Plaintiff's counsel on or before August 15, 2024.

15 DATED: July 26, 2024            **LAW OFFICES OF DALE K. GALIPO**
16                                 **LAW OFFICES OF GREGORY A. YATES**
17
                                   By:  */s/ Marcel F. Sincich*
18                                      Dale K. Galipo
                                        Marcel F. Sincich
19                                      *Attorneys for Plaintiff* NATHAN
                                        GLOVER
20

21 DATED: July 26, 2024            **BURKE, WILLIAMS & SORENSEN, LLP**
22
23                                 By:  */s/ Brian S. Ginter*[i]
                                        Brian S. Ginter
24                                      *Attorneys for Defendants*, CITY OF
                                        LOS ANGELES and ALEJANDRO
25                                      HIGAREDA
26

---

27 [i] Filer attests to having received consent from all signing counsel to file this
28 document.