Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF LOS ANGELES, ALEJANDRO HIGAREDA, and JUAN AGUILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1 – 10, inclusive<br><br>Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4870-9470-2036 v1

- 1 -

CASE NO. 2:21-CV-09915-FWS-AS
STIPULATION FOR DISMISSAL

**TO THE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action, through their undersigned counsel, stipulate:

1. Defendants City of Los Angeles, Alejandro Higareda, and Juan Aguila (collectively, "Defendants") shall be dismissed from the above captioned case with prejudice; and

2. Plaintiff and Defendants shall bear their own costs and attorneys' fees concerning Plaintiff's claims against Defendants.

Dated: August 20, 2024          BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Brian S. Ginter*[1]
　　Charles E. Slyngstad
　　Brian S. Ginter
Attorneys for Defendants
CITY OF LOS ANGELES, ALEJANDRO HIGAREDA, and JUAN AGUILA

Dated: August 20, 2024          LAW OFFICES OF DALE K. GALIPO

By: */s/ Marcel F. Sincich*
　　Dale K. Galipo
　　Marcel F. Sincich
Attorneys for Plaintiff
NATHAN ROCKY GLOVER

---

[1] Filer attests to having received authorization from all signing counsel to file this document.