1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1 – 10, inclusive<br><br>    Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4889-2381-1796 v1

- 1 -

CASE NO. 2:21-CV-09915-FWS-AS
PROPOSED ORDER GRANTING
STIPULATION FOR DISMISSAL

## ORDER

The stipulation is approved. All claims against Defendants City of Los Angeles, Alejandro Higareda, and Juan Aguila (collectively, "Defendants") are hereby dismissed with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Because all of the claims asserted by Plaintiff in this action are now dismissed, the Court shall close this case.

**IT IS SO ORDERED.**

DATE: _____

_____
Hon. Fred W. Slaughter

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

4889-2381-1796 v1

- 2 -

CASE NO. 2:21-CV-09915-FWS-AS
PROPOSED ORDER GRANTING
STIPULATION FOR DISMISSAL