# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ROCKY GLOVER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; ALEJANDRO HIGAREDA; JUAN AGUILA; and DOES 1 – 10, inclusive<br><br>　　　　　Defendants. | Case No. 2:21-cv-09915-FWS-ASx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

# **ORDER**

The stipulation is approved. All claims against Defendants City of Los Angeles, Alejandro Higareda, and Juan Aguila (collectively, "Defendants") are hereby dismissed with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Because all of the claims asserted by Plaintiff in this action are now dismissed, the Court shall close this case.

DATE: August 20, 2024

_____
Hon. Fred W. Slaughter